```
                    FILED
        CLERK U.S DISTRICT COURT

             MAR 17 2017

      CENTRAL DISTRICT OF CALIFORNIA
      BY                      DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BECKWITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAPTAIN McCULLOUGH, et al.,<br><br>　　　　Defendants. | Case No. CV 16-662 MWF (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

1     IT IS ORDERED that Judgment be entered in favor of Defendants and the
2 action dismissed without prejudice.

DATE: March 17, 2017

                                              HON. MICHAEL W. FITZGERALD
                                              UNITED STATES DISTRICT JUDGE