# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BECKWITH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAPTAIN McCULLOUGH, et al.,<br><br>　　　　　Defendants. | Case No. CV 16-662 MWF (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that judgment is entered in favor of Defendants and the action is dismissed without prejudice.

DATE: March 17, 2017

HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE